# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : No. 150 MAL 2014 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| LARRY MITCHELL LUCAS, JR. | : |
| | : |
| | : |
| PETITION OF: PAUL WEACHTER, BONDSMAN | : |
| | : |

## ORDER

**PER CURIAM**

 **AND NOW**, this 29th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.